JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARBER, | ) CASE NO. CV11-09745 DDP (RNBx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| HICKMAN #30355, et al. | ) |
| Defendants. | ) |

The court, having read and considered the Motion for Summary Judgment, supporting and opposition papers by Plaintiff Robert Garber, and the Motion for Summary Judgment, supporting and opposition papers by Defendants City of Los Angeles, Los Angeles Police Department, Jennifer Hickman, Jill Niles and Frances Boateng, made the following ruling on May 8, 2013: The Court DENIES Plaintiff's Motion for Summary Judgment and GRANTS Defendants' Motion for Summary Judgment.

The Court, having granted Defendants' Motion for Summary Judgment in its entirety on May 8, 2013; It is HEREBY ADJUDGED that all of Plaintiff Robert Garber's claims are dismissed with prejudice; That Plaintiff shall take nothing by his complaint; That judgment is entered in favor of Defendants City of Los Angeles, Los Angeles Police Department, Jennifer Hickman, Jill Niles and Frances Boateng and against Plaintiff Robert Garber; and That each side is to bear their own costs and fees.

DATED: May 14, 2013

United States District Judge

i